1

2 **JS 6**

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ## CENTRAL DISTRICT OF CALIFORNIA

10

11 THOMAS HOPKINS,                    )    Case No.: CV 14-6911 DSF (ASx)
                                        )
12          Plaintiff,                  )
                                        )
13     v.                               )    JUDGMENT
                                        )
14 JUDGE MICHELLE WILLIAMS              )
   COURT; SUPERIOR COURT OF             )
15 THE STATE OF CALIFORNIA,             )
   COUNTY OF LOS ANGELES                )
16 CENTRAL DISTRICT,                    )
                                        )
17          Defendants.                 )
                                        )
18 _____     )

19

20          The Court having granted defendants' motion to dismiss plaintiff's First

21 Amendment Complaint,

22          IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the

23 action be dismissed with prejudice, and that defendants recover their just costs

24 pursuant to 28 U.S.C. § 1919.

25 Dated: _____    12/9/14

26                                        _____
                                                    Dale S. Fischer
27                                              United States District Judge

28